IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Hawaii Ironworkers Annuity
      Trust Fund,                               Case No. 3:10CV371

            Plaintiff

      v.                                 ORDER

Bernard S. Cole, et al.,

            Defendant

On review of the report of the parties' planning meaning, and in lieu of the conference

scheduled for May 10, 2010, and on agreement of counsel, it is hereby

ORDERED THAT:

1. Motion for appointment as lead plaintiff, etc. (Doc. 37) granted;

2. Motion to dismiss to be filed on or before July 15, 2010; opposition to be filed

September 4, 2010; reply to be filed October 1, 2010.

3. Further scheduling held in abeyance pending adjudication of motion to dismiss.

4. Status/scheduling conference to be held at request of any party.

So ordered.

                                     s/James G. Carr
                                     James G. Carr
                                     Chief Judge