UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION (TOLEDO)

| | | |
|---|---|---|
| HAWAII IRONWORKERS ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | No. 3:10-cv-00371-JGC-JRK |
| Plaintiff, | ) ) | Hon. Chief Judge James G. Carr Magistrate Judge James R. Knepp II |
| vs. | ) ) | CLASS ACTION |
| BERNARD N. COLE, et al., | ) ) | |
| Defendants. | ) ) ) ) | |

STIPULATION FOR VOLUNTARY DISMISSAL OF THIS ACTION
PURSUANT TO FED. R. CIV. P. 41(a)(2)

LANDSKRONER • GRIECO • MERRIMAN, LLC
JACK LANDSKRONER (0059227)
1360 West 9th Street, Suite 200
Cleveland, OH  44113
Telephone:  216/522-9000
216/522-9007 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
   & DOWD LLP
MICHAEL J. DOWD
DEBRA J. WYMAN
LAURIE L. LARGENT
MAUREEN E. MUELLER
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

WHEREAS, this action was filed on February 18, 2010 alleging violations of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder against Bernard N. Cole (a/k/a Nick Cole), Douglas W. Hodge, William E. Hennessy and Robert E. Steimle ("defendants");

WHEREAS, defendants filed answers to the Complaint on June 6, 2011;

WHEREAS, Plaintiff Hawaii Ironworkers Annuity Trust Fund seeks to dismiss with prejudice this action pursuant to Fed. R. Civ. P. 41(a)(2), against the defendants;

WHEREAS, Plaintiff is not seeking dismissal of this action to create or expedite any appealable right for Plaintiff but is instead seeking to bring this case to a full and complete conclusion;

WHEREAS, the parties have met and conferred, and:

(1)     the Plaintiff  has agreed to the dismissal of this action with prejudice and without costs to any party hereto;

(2)     the Plaintiff has agreed that upon the entry of an order dismissing this action with prejudice the Plaintiff waives any and all rights to appeal any order entered in this action on or before the date that the said order of dismissal is entered, including but not limited to the Court's Order filed September 4, 2013 denying the Plaintiff's Motion for Class Certification (Dkt. No. #221) and the Amended Order filed September 7, 2011 dismissing the Plaintiff's Rule 10b-5(b) claims (Dkt. No. #116); and

(3)     defendants have expressed no objection to the dismissal with prejudice of this matter in the manner agreed upon as stated in subparagraphs numbered (1) and (2) above; and,

WHEREAS, subject to the approval of the Court, the parties agree as follows:

1.     This action will be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2.     Upon entry of an Order dismissing this action with prejudice, Plaintiff waives any and all rights to appeal any order entered in this action on or before the date that the said order of dismissal is entered, including, but not limited to, the Court's Order filed September 4, 2013 denying

- 1 -

the Plaintiff's Motion for Class Certification (Dkt. No. #221) and the Amended Order filed September 7, 2011 dismissing the Plaintiff's Rule 10b-5(b) claims (Dkt. No. #116).

3.      Each party in this action agrees not to seek reimbursement of costs incurred in said matter from any other party herein.

4.      Each party in this action releases any and all claims, whether known or unknown, they may have against any other party herein, and/or their counsel, relating to the initiation, prosecution, defense and/or termination of this matter.

5.      Each party and/or their counsel have complied with Fed. R. Civ. P. 11 in the initiation, prosecution, defense and/or termination of this matter.

DATED:  November 2, 2015              ROBBINS GELLER RUDMAN
                                        & DOWD LLP
                                      MICHAEL J. DOWD
                                      DEBRA J. WYMAN
                                      LAURIE L. LARGENT
                                      MAUREEN E. MUELLER


                                            s/ DEBRA J. WYMAN
                                      _____
                                           DEBRA J. WYMAN

                                      655 West Broadway, Suite 1900
                                      San Diego, CA  92101
                                      Telephone:  619/231-1058
                                      619/231-7423 (fax)

                                      Lead Counsel for Plaintiff

                                      ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                      JAMES E. BARZ
                                      200 South Wacker Drive, 31st Floor
                                      Chicago, IL  60606
                                      Telephone:  312/674-4674
                                      312/674-4676 (fax)

- 2 -

1076086_1

LANDSKRONER • GRIECO • MERRIMAN, LLC
JACK LANDSKRONER (0059227)
1360 West 9th Street, Suite 200
Cleveland, OH  44113
Telephone:  216/522-9000
216/522-9007 (fax)

Liaison Counsel for Plaintiff


DATED:  November 2, 2015          STONE McGUIRE & SIEGEL
                                  MICHAEL L. SIEGEL
                                  CARL E. POLI


                                  s/ MICHAEL L. SIEGEL
                                  _____
                                     MICHAEL L. SIEGEL

                                  s/ CARL E. POLI
                                  _____
                                        CARL E. POLI

                                  801 Skokie Boulevard, Suite 200
                                  Northbrook, IL  60062
                                  Telephone:  847/239-7555
                                  847/239-7556 (fax)

                                  SPENGLER NATHANSON P.L.L.
                                  THEODORE M. ROWEN (0014245)
                                  Four SeaGate – Suite 400
                                  Toledo, OH  43604-2622
                                  Telephone: 419/252-6239

                                  Attorneys for Defendants Bernard N. Cole and
                                  Douglas W. Hodge

DATED:  November 2, 2015          GREENFIELD, KILLAM & FRANK, LTD.
                                  CATHERINE HARRISON KILLAM


                                  s/ CATHERINE HARRISON KILLAM
                                  _____
                                  CATHERINE HARRISON KILLAM

                                  3450 West Central Avenue, Suite 370
                                  Toledo, OH  43606
                                  Telephone:  419/724-8211
                                  419/724-8214 (fax)

                                  Attorneys for Defendant William Hennessy

                                       - 3 -

DATED:  November 2, 2015                     LEVINE & LEVINE
                                             RANDALL S. LEVINE


                                        s/ RANDALL S. LEVINE
                                        RANDALL S. LEVINE

                                      427 S. Burdick Street
                                      Kalamazoo, MI  49007
                                      Telephone:  269/382-0444
                                      269/382-0464 (fax)

                                      Attorneys for Defendant Robert Steimle

                          *        *        *

# O R D E R

Having reviewed the Stipulation for Voluntary Dismissal of this Action Pursuant to Fed. R. Civ. P. 41(a)(2), and having determined that the requirements of Fed. R. Civ. P. 41(a) (2) have been met, IT IS HEREBY ORDERED THAT:

1.      This Action is hereby dismissed with prejudice and without costs.

2.      Any rights that the Plaintiff may have or may have had to appeal any Order entered in this Action on or prior to the date of this Order, including, but not limited to, the Court's Order filed September 4, 2013 denying the Plaintiff's Motion for Class Certification (Dkt. No. #221) and the Amended Order filed September 7, 2011 dismissing the Plaintiff's Rule 10b-5(b) claims (Dkt. No. #116), have been and are hereby waived by the Plaintiff.

3.      Any and all claims, whether known or unknown, that each party may have or may have had against any other party herein, and/or their counsel, relating to the initiation, prosecution, defense and/or termination of this matter are released.

4.      Each party and/or their counsel have complied with Fed. R. Civ. P. 11 in the initiation, prosecution, defense and/or termination of this matter.

5.      This dismissal operates as an adjudication on the merits.

- 4 -

1076086_1

6.      The Clerk is hereby directed to immediately enter Final Judgment in this matter in

accordance with the terms of this Order.

DATED: ___11/5/2015_____        ___s/James G. Carr_____
                                        HONORABLE JAMES G. CARR SENIOR
                                        U.S. DISTRICT JUDGE